UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00204 |
| | ) | JUDGE CAMPBELL |
| SAM R. BOWLING, JR. | ) | |

ORDER

The parties have submitted a proposed plea agreement to the Court for review in advance of the hearing set for July 13, 2012. The proposed plea agreement indicates that the Defendant expects to plead guilty to Count One of the Indictment "charging distribution of child pornography" in violation of 18 U.S.C. § 2252A(a)**(2)(A)**. Count One of the Indictment (Docket No. 1) charges a violation of 18 U.S.C. § 2252A(a)(2)(A), but is entitled "Advertising of Child Pornography" and tracks the language of 18 U.S.C. § 2252A(a)**(3)(B)**.

At the hearing set for July 13, 2012, the parties shall be prepared to discuss the discrepancy between the language and the statute section cited in Count One of the Indictment.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE