UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA         )
                                     )      NO. 3:10-00204
        v.                   )
                                     )      JUDGE CAMPBELL
SAM R. BOWLING, JR.              )

## AGREED ORDER

IT IS SO ORDERED that the parties are in agreement that the indictment contains a typographical error and Count One should reference Title 18, United States Code, Section 2252A(a)(3)(B) as opposed to Title 18, United States Code, Section 2252A(a)(2)(A).

It is so ordered this __13__ day of July, 2012.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE



APPROVED FOR ENTRY:

_____
LYNNE T. INGRAM
Assistant United States Attorney


_____
SUMTER L. CAMP, JR.
Attorney for the Defendant