UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00204 |
| | ) | JUDGE CAMPBELL |
| SAM R. BOWLING, JR. | ) | |

ORDER

Pending before the Court is the Government's Motion to Order Competency Evaluation (Docket No. 65) and the Defendant's Response to Government's Motion for Evaluation (Docket No. 67). The Court will consider the Motion at the hearing scheduled for September 17, 2012, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE