UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00204 |
| ) | JUDGE CAMPBELL |
| SAM R. BOWLING, JR. ) | |

## ORDER

Due to a criminal trial, the sentencing hearing scheduled for September 17, 2012, is RESCHEDULED for September 20, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE