UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00204 |
| | ) | JUDGE CAMPBELL |
| SAM R. BOWLING, JR. | ) | |

ORDER

Pending before the Court is the United States' Motion to Withdraw Request for Psychiatric Exam (Docket No. 72). The Motion is GRANTED.

The sentencing remains as scheduled September 20, 2012, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE